IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TAMARA MCCORMICK et al., | |
| Plaintiffs, | |
| v. | Case No: 3:10-cv-03107-JES-BGC |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | **Judge Jeanne E. Scott**  **Magistrate Judge Byron G. Cudmore** |
| Defendant. | |

## DEFENDANT'S PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE

    Defendant, The Prudential Insurance Company of America, incorrectly named Prudential Insurance Company of America ("Prudential"), by its undersigned counsel, moves this Honorable Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count IX of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and to strike Counts III, IV, VI pursuant to Fed. R. Civ. P. 12(f) for the reasons set forth in full in its memorandum of law, filed contemporaneously herewith.

    WHEREFORE, Prudential respectfully requests that this Honorable Court enter an Order granting its Motion in its entirety and with prejudice and awarding Prudential such other and further relief as this Court deems just and equitable, including an award of its reasonable attorneys' fees and costs.

Respectfully Submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant**

By: _/s/ Edna S. Bailey_
       One of Its attorneys

738631.1

Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1522

2

738631.1

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on July 22, 2010, she electronically filed the forgoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    **R Gerald Barris**    rgbarris@sorlinglaw.com, bjbiondolino@sorlinglaw.com

    **Silas L McCormick**    slmccormick@sorlinglaw.com

                                        /s/ Edna S. Bailey
                                    Edna S. Bailey, IL6277775
                                    **Attorney for Defendant The Prudential Insurance Company of America**
                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
                                    55 West Monroe Street, Suite 3800
                                    Chicago, Illinois 60603
                                    (312) 704-0550
                                    (312) 704-1522
                                    edna.bailey@wilsonelser.com

738631.1