UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TAMARA MCCORMICK and DIRK MCCORMICK,  Plaintiffs,  v.  PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation,  Defendant. | Case No. 3:10-cv-03107 |

**ORDER TO STRIKE EVASIVE ANSWERS IN DEFENDANT'S AMENDED PARTIAL ANSWER FILED AUGUST 2, 2010**

The Court, having reviewed the pleadings, applicable case law and considered the arguments, rules as follows:

1. Federal Rule of Civil Procedure 8(b)(1)(B) provides that in responding to a pleading, a party must admit or deny the allegations asserted against it by an opposing party.

2. Further, Federal Rule of Civil Procedure 8(b)(2) provides that a denial must fairly respond to the substance of the allegation.

3. Plaintiffs have attached to the Complaint many documents they have received from Defendant ("Prudential").

4. Prudential's Answer are not responsive in that they constitute neither an admission nor a denial because they impermissibly leave the reader to guess what the pleader claims to be incorrect or improper and what the pleader intends to leave unchallenged.

5. Prudential's refusal to deny the substance of these allegations by using vague language appears in the following locations in Prudential's Amended Partial Answer filed

{S0704780.1  8/9/2010 SLM SLM}

Exhibit 1

August 2, 2010; because these allegations have not been properly answered by Prudential in violation Rule 8 of the Federal Rules of Civil Procedure, the following allegations in Plaintiffs' Complaint are hereby deemed to be admitted:

**Common Allegations (which are incorporated into each Count)**:
Paragraphs 22, 23, 36, 37, 38, 39, 41, 42, 43, 44, 46, 48, 51, 52, 54, 55, 59, 61, 64, 70, 72, 74, 76, 78, 86, 87, 88, 89, 90, 92, 93, 96, 97, 101, 102, 103, 104, 105, 106, 108, 109, 111, 113, 114, 115, 118, 119, 120, 121, 122, 123, and 124.

**Count IV:**
Paragraph 125

**Count VI:**
Paragraph 125

**SO ORDERED**

_____        _____
              DATE                                                                    Judge

2

{S0704780.1 8/9/2010 SLM SLM}
Exhibit 1